| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furay, Catherine J. | U.S. Bankruptcy Court, Western District of Wisconsin | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge (FT) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
500 South Barstow Street
Eau Claire, Wisconsin 54701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees - no control of investments | Madison Opera, Inc. |
| 2. | Member of Board of Directors | Bishops Bay Country Club |
| 3. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | Murphy Desmond S.C. 401K Plan - no control (terminated 6/3/13) |
| 2. | 1980 | Wisconsin Deferred Compensation Program - Employee Trust Funds - Prior employer; no control |
| 3. | 2003 | Murphy Desmond S.C. Shareholder Compenasation Agreement - Terminated Effective 1/2/2013 |
| 4. | 1994 | Murphy Desmond S.C. Stock Transfer Agreement - Terminated Effective 1/2/2013 |
| 5. | 12/15/2012 | Murphy Desmond S.C. Shareholder Settlement and Release Agreement - terminated mutual obligations under items 3 and 4 above and terminated those agreements |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | Murphy Desmond S.C. Stock Redemption 1/2/2013 | $7,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Sweet DeMarb & Associates LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 02/27/13 - 03/01/13 | Kohler, WI | BICR Retreat | Registration fee, meals, hotel |
| 2. | National Conference of Bankruptcy Judges | 10/30/2013 - 11/02/2013 | Atlanta, GA | NCBJ 2013 Annual Meeting | Hotel |
| 3. | State Bar of Wisconsin | 11/21/2013 | Madison, WI | Annual Bankruptcy Update (teach) | Transportation |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Park Bank Visa | Credit Card | J |
| 4. | BP Amoco | Credit Card | J |
| 5. | Nordstrom | Credit Card | J |
| 6. | Macy's | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account The Park Bank | A | Int./Div. | J | T | | | | | |
| 2. Bank Account Middleton Community Bank | A | Int./Div. | K | T | | | | | |
| 3. The Peoples Community Bancshares | A | Int./Div. | J | T | | | | | |
| 4. Mitzvah LLC | | None | M | U | | | | | |
| 5. INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 6. - Cash (UBS) | | None | J | T | | | | | |
| 7. - JPMorgan Alerian MLP Index (AMJ) | | None | | | Sold (part) | 01/15/13 | J | A | |
| 8. | | | | | Sold (part) | 02/26/13 | J | A | |
| 9. | | | | | Sold (part) | 04/12/13 | J | A | |
| 10. | | | | | Sold | 06/19/13 | J | A | |
| 11. - Vanguard Total Stock Market ETF (VTI) | | None | J | T | Sold (part) | 01/15/13 | J | A | |
| 12. | | | | | Sold (part) | 02/26/13 | J | A | |
| 13. | | | | | Sold (part) | 04/12/13 | J | A | |
| 14. | | | | | Buy | 06/19/13 | J | | |
| 15. - WisdomTree Trust Large Cap Divid Fund (DLN) | | None | J | T | Sold (part) | 01/15/13 | J | A | |
| 16. | | | | | Sold (part) | 02/26/13 | J | A | |
| 17. | | | | | Sold (part) | 04/12/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/19/13 | J | A | |
| 19. - WisdomTree Emerging Markets Equity Income (DEM) | | None | | | Sold (part) | 01/15/13 | J | A | |
| 20. | | | | | Sold (part) | 02/26/13 | J | A | |
| 21. | | | | | Sold (part) | 04/12/13 | J | A | |
| 22. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 23. | | | | | Sold (part) | 12/26/13 | J | A | |
| 24. | | | | | Sold | 12/30/13 | J | A | |
| 25. - WisdomTree Emerging Markets (DGS) | | None | J | T | Sold (part) | 01/15/13 | J | A | |
| 26. | | | | | Sold (part) | 02/26/13 | J | A | |
| 27. | | | | | Sold (part) | 04/12/13 | J | A | |
| 28. | | | | | Sold (part) | 06/19/13 | J | A | |
| 29. - Alger Spectra Fund Class A (SPECX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 30. | | | | | Sold (part) | 02/26/13 | J | A | |
| 31. | | | | | Sold (part) | 04/12/13 | J | A | |
| 32. | | | | | Sold (part) | 06/19/13 | J | A | |
| 33. - Brandes Emerging Markets Fund Class A (BEMAX) (formerly BEMSX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 34. | | | | | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/12/13 | J | A | |
| 36. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 37. - Henderson Global Investors European Focus Fund Class A (HFEAX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 38. | | | | | Sold (part) | 02/26/13 | J | A | |
| 39. | | | | | Sold (part) | 04/12/13 | J | A | |
| 40. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 41. - Henderson Global Equity Income Class A (HFQAX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 42. | | | | | Sold (part) | 02/26/13 | J | A | |
| 43. | | | | | Sold (part) | 04/12/13 | J | A | |
| 44. | | | | | Sold (part) | 06/19/13 | J | A | |
| 45. - Oakmark Int'l Fund Class I (OAKIX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 46. | | | | | Sold (part) | 02/26/13 | J | A | |
| 47. | | | | | Sold (part) | 04/12/13 | J | A | |
| 48. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 49. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 50. - Blackrock High Yield Bond A (BHYAX) | A | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 51. | | | | | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 03/14/13 | J | A | |
| 53. | | | | | Sold (part) | 04/12/13 | J | A | |
| 54. | | | | | Sold | 06/19/13 | J | A | |
| 55. - Eaton Vance Floating Rate Advantage Fund Class A (EAFAX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 56. | | | | | Sold (part) | 02/26/13 | J | A | |
| 57. | | | | | Sold (part) | 04/12/13 | J | A | |
| 58. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 59. - Hartford World Bond Fund A (HWDAX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 60. | | | | | Sold (part) | 02/26/13 | J | A | |
| 61. | | | | | Sold (part) | 04/12/13 | J | A | |
| 62. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 63. - RiverNorth/Doubleline Strategic Income Fund (RNDLX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 64. | | | | | Sold (part) | 02/26/13 | J | A | |
| 65. | | | | | Sold (part) | 04/12/13 | J | A | |
| 66. | | | | | Sold (part) | 06/19/13 | J | A | |
| 67. - TCW Emerging Markets Income Fund Class N (TGINX) | A | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 68. | | | | | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/12/13 | J | A | |
| 70. | | | | | Sold | 06/19/13 | J | A | |
| 71. - Wells Fargo Advantage Intermediate Tax/ AMT-Free Fund Class A (WFTAX | A | Dividend | | | Sold (part) | 01/15/13 | J | A | |
| 72. | | | | | Sold (part) | 02/26/13 | J | A | |
| 73. | | | | | Sold (part) | 04/12/13 | J | A | |
| 74. | | | | | Sold | 06/19/13 | K | A | |
| 75. - Barclays Dynamic Veqtor ETN (VQT) | | None | J | T | Sold (part) | 01/15/13 | J | A | |
| 76. | | | | | Sold (part) | 02/26/13 | J | A | |
| 77. | | | | | Sold (part) | 04/12/13 | J | A | |
| 78. | | | | | Sold (part) | 06/19/13 | J | A | |
| 79. AMFAX (Y) | | | | | | | | | |
| 80. - First Eagle Global Fund Class A (SGENX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 81. | | | | | Sold (part) | 02/26/13 | J | A | |
| 82. | | | | | Sold (part) | 04/12/13 | J | A | |
| 83. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 84. - PIMCO All Assets All Auth-A (PAUAX) | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 85. | | | | | Sold (part) | 02/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 04/12/13 | J | A | |
| 87. | | | | | Sold<br>(part) | 06/19/13 | J | A | |
| 88. - Artisan Global Opportunities Fund Class Investor (ARTRX) | | None | J | T | Buy | 06/19/13 | J | | |
| 89. - Franklin/Templeton Global Fund Class A (TPINX) | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 90. - Wells Fargo Strategic Municipal Bond Class A (VMPAX) | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 91. - Blackrock Global Long/Short Credit Fund A (BGCAX) | A | Dividend | J | T | Buy | 06/19/13 | J | | |
| 92. - Wells Fargo Advantage Absolute Return Fund CL A (WARAX) | A | Dividend | J | T | Buy | 06/07/13 | J | | |
| 93. | | | | | Buy<br>(add'l) | 06/19/13 | J | | |
| 94. - PIMCO StockPlus Short Strategy Fund A (PSSAX) (X) | A | Dividend | | | Sold<br>(part) | 01/15/13 | J | A | |
| 95. | | | | | Sold<br>(part) | 02/26/13 | J | A | |
| 96. | | | | | Buy<br>(add'l) | 03/14/13 | J | | |
| 97. | | | | | Sold<br>(part) | 04/12/13 | J | A | |
| 98. | | | | | Sold<br>(part) | 06/07/13 | J | A | |
| 99. | | | | | Sold | 06/19/13 | J | A | |
| 100. IRA #1 (UBS): (H) | | | | | | | | | |
| 101. - Cash (UBS) | | None | J | T | | | | | |
| 102. - JP Morgan Alerian MLP Index (AMJ) | | None | | | Sold | 06/26/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vanguard Total Stock Market ETF (VTI) | | None | L | T | Buy (add'l) | 06/26/13 | K | | |
| 104. - WisdomTree Trust Large Cap Divid Fund (DLN) | | None | K | T | Buy (add'l) | 06/26/13 | J | | |
| 105. - WisdomTree Emerging Markets Equity Income (DEM) | | None | | | Buy (add'l) | 06/26/13 | K | | |
| 106. | | | | | Sold (part) | 12/26/13 | J | A | |
| 107. | | | | | Sold (part) | 12/27/13 | J | A | |
| 108. | | | | | Sold | 12/30/13 | J | A | |
| 109. - WisdomTree Emerging Markets (DGS) | | None | J | T | Buy (add'l) | 06/26/13 | J | | |
| 110. - Alger Spectra Fund Class A (SPECX) | C | Dividend | L | T | Buy (add'l) | 06/26/13 | K | | |
| 111. - Henderson Global Investors European Focus Fund Class A (HFEAX) | A | Dividend | L | T | Buy (add'l) | 06/26/13 | K | | |
| 112. - Brandes Emerging Markets Fund Class A (BEMAX) (formerly BEMSX) | A | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |
| 113. - Henderson Global Equity Income Class A (HFQAX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | K | | |
| 114. - Oakmark Int'l Fund Class I (OAKIX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 115. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 116. - Blackrock High Yield Bond A (BHYAX) | A | Dividend | J | T | Sold (part) | 03/14/13 | J | A | |
| 117. | | | | | Sold (part) | 06/26/13 | J | A | |
| 118. - Eaton Vance Floating Rate Advantage Fund Class A (EAFAX) | B | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |
| 119. - Franklin/Templeton Global Fund Class A (TPINX) | B | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Oppenheimer Int'l Bond FD CL A (OIBAX) | A | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |
| 121. - PIMCO Global Advantage Strategy Bond Fund A (PGSAX) | A | Dividend | J | T | Sold (part) | 06/26/13 | J | A | |
| 122. - RiverNorth/Doubleline Strategic Income Fund (RNDLX) | B | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |
| 123. - TCW Emerging Markets Income Fund Class N (TGINX) | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 124. - Virtus Multi-Sector Short Term Bond Fund Class A (NARAX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 125. - Hartford World Bond Fund A (HWDAX) | A | Dividend | L | T | Buy (add'l) | 06/26/13 | K | | |
| 126. - Barclays Dynamic Veqtor ETN (VQT) | | None | K | T | Buy (add'l) | 06/26/13 | K | | |
| 127. AMFAX (Y) | | | | | | | | | |
| 128. - PIMCO StockPlus Trust Short Strategy Fund A (PSSAX) | A | Dividend | | | Buy (add'l) | 03/14/13 | J | | |
| 129. | | | | | Sold (part) | 06/07/13 | J | A | |
| 130. | | | | | Sold | 06/26/13 | J | A | |
| 131. - First Eagle Global Fund Class A (SGENX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | K | | |
| 132. - PIMCO All Assets All Auth-A (PAUAX) | B | Dividend | K | T | Sold (part) | 04/24/13 | J | A | |
| 133. | | | | | Buy (add'l) | 06/26/13 | K | | |
| 134. | | | | | Sold (part) | 10/25/13 | J | A | |
| 135. - Artisan Global Opportunities Fund Class Investor (ARTRX) | | None | L | T | Buy | 06/26/13 | K | | |
| 136. - Blackrock Global Long/Short Credit Fund A (BGCAX) | A | Dividend | K | T | Buy | 06/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Wells Fargo Advantage Absolute Return Fund CL A (WARAX) | A | Dividend | K | T | Buy | 06/07/13 | J | | |
| 138. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 139. IRA #2 (UBS): (H) | | | | | | | | | |
| 140. - Cash (UBS) | | None | J | T | | | | | |
| 141. - JP Morgan Alerian MLP Index (AMJ) | | None | | | Sold | 06/26/13 | J | A | |
| 142. - Vanguard Total Stock Market ETF (VTI) (X) | | None | L | T | Buy (add'l) | 06/26/13 | L | | |
| 143. - WisdomTree Trust Large Cap Divid Fund (DLN) | | None | K | T | Buy (add'l) | 06/26/13 | K | | |
| 144. - WisdomTree Emerging Markets Equity Income (DEM) | | None | | | Buy (add'l) | 06/26/13 | K | | |
| 145. | | | | | Sold (part) | 12/26/13 | K | A | |
| 146. | | | | | Sold (part) | 12/27/13 | J | A | |
| 147. | | | | | Sold | 12/30/13 | J | A | |
| 148. - WisdomTree Emerging Markets (DGS) | | None | K | T | Buy (add'l) | 06/26/13 | K | | |
| 149. - Alger Spectra Fund Class A (SPECX) | C | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 150. - Henderson Global Investors European Focus Fund Class A (HFEAX) | A | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 151. - Brandes Emerging Markets Fund Class A (BEMAX) (formerly BEMSX) | B | Dividend | K | T | Buy (add'l) | 06/26/13 | K | | |
| 152. - Henderson Global Equity Income Class A (HFQAX) | C | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 153. - Oakmark Int'l Fund Class I (OAKIX) | C | Dividend | M | T | Buy (add'l) | 06/26/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/26/13 | K | | |
| 155. - Blackrock High Yield Bond A (BHYAX) | A | Dividend | | | Sold (part) | 03/14/13 | J | A | |
| 156. | | | | | Sold | 06/26/13 | J | A | |
| 157. - Eaton Vance Floating Rate Advantage Fund Class A (EAFAX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 158. - Franklin/Templeton Global Fund Class A (TPINX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 159. - Hartford World Bond Fund A (HWDAX) | A | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 160. - Oppenheimer Int'l Bond FD CL A (OIBAX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 161. - PIMCO Global Advantage Strategy Bond Fund A (PGSAX) | A | Dividend | J | T | Sold (part) | 06/26/13 | J | A | |
| 162. - RiverNorth/Doubleline Strategic Income Fund (RNDLX) | C | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 163. - TCW Emerging Markets Income Fund Class N (TGINX) | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 164. - Virtus Multi-Sector Short Term Bond Fund Class A (NARAX) | B | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |
| 165. - Barclays Dynamic Veqtor ETN (VQT) | | None | L | T | Buy (add'l) | 06/26/13 | L | | |
| 166. AMFAX (Y) | | | | | | | | | |
| 167. - PIMCO StockPlus Trust Short Strategy Fund A (PSSAX) | A | Dividend | | | Buy (add'l) | 03/14/13 | J | | |
| 168. | | | | | Sold (part) | 06/07/13 | J | A | |
| 169. | | | | | Sold | 06/26/13 | J | A | |
| 170. - First Eagle Global Fund Class A (SGENX) | C | Dividend | L | T | Buy (add'l) | 06/26/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - PIMCO All Assets All Auth-A (PAUAX) | B | Dividend | L | T | Sold (part) | 04/24/13 | J | A | |
| 172. | | | | | Buy (add'l) | 06/26/13 | L | | |
| 173. | | | | | Sold (part) | 10/25/13 | J | A | |
| 174. - Artisan Global Opportunities Fund Class Investor (ARTRX) | | None | L | T | Buy | 06/26/13 | L | | |
| 175. - Blackrock Global Long/Short Credit Fund A (BGCAX) | A | Dividend | L | T | Buy | 06/26/13 | L | | |
| 176. - Wells Fargo Advantage Absolute Return Fund CL A (WARAX) | B | Dividend | L | T | Buy | 06/07/13 | J | | |
| 177. | | | | | Buy (add'l) | 06/26/13 | L | | |
| 178. Extendquip LLC | | None | K | U | | | | | |
| 179. | | | | | | | | | |
| 180. State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 181. | | | | | | | | | |
| 182. Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. Wisconsin Deferred Compensation Program (H) | | | | | | | | | |
| 185. - Black Rock EAFE Equity - Index Coll T | | None | J | T | | | | | |
| 186. - DFA US Micro Cap I | A | Dividend | J | T | | | | | |
| 187. - BlackRock Mid Cap Index - Collective F | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 189. - Vanguard Institutional Index Fund Plus | A | Dividend | J | T | | | | | |
| 190. - Federated US Government Securities 2-5 Yr. | A | Dividend | J | T | | | | | |
| 191. - Stable Value Fund | | None | J | T | | | | | |
| 192. | | | | | | | | | |
| 193. Murphy Desmond 401K Plan -CJF [see Section VIII] | | | | | Sold | 06/03/13 | O | | |
| 194. -- American Funds EuroPacific Gr R5 | | None | | | | | | | |
| 195. -- Columbia Small Cap Value II Z | | None | | | | | | | |
| 196. --Nuveen Small Cap Select I | | None | | | | | | | |
| 197. --T.Rowe Price Mid-Cap Value | | None | | | | | | | |
| 198. --America Funds Growth Fund of Amer R5 | | None | | | | | | | |
| 199. --Dodge & Cox Stock | | None | | | | | | | |
| 200. --Loomis Sayles Bond Instl | | None | | | | | | | |
| 201. --PIMCO Total Return Instl | | None | | | | | | | |
| 202. | | | | | | | | | |
| 203. Murphy Desmond 401K Plan - [see Section VIII] | | | | | Sold | 06/03/13 | P1 | | |
| 204. -- American Funds EuroPacific Gr R5 | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  -- Columbia Small Cap Value II Z | None | | | | | | | | |
| 206.  --Nuveen Small Cap Select I | None | | | | | | | | |
| 207.  --T.Rowe Price Mid-Cap Value | None | | | | | | | | |
| 208.  --America Funds Growth Fund of Amer R5 | None | | | | | | | | |
| 209.  --Dodge & Cox Stock | None | | | | | | | | |
| 210.  --Loomis Sayles Bond Instl | None | | | | | | | | |
| 211.  --PIMCO Total Return Instl | None | | | | | | | | |
| 212. | | | | | | | | | |
| 213.  IRA #3 (UBS): (H) | | | | | | | | | |
| 214.  - Cash (UBS) | None | | J | T | | | | | |
| 215.  - Royal Bank of Canada Trigger ROS XLF | None | K | T | | Buy | 08/27/13 | K | | |
| 216.  - Deutsche Bank AG Trigger ROS XLK | None | K | T | | Buy | 08/27/13 | K | | |
| 217.  - Barclays Bank PLC Trigger PS DXJ | None | K | T | | Buy | 08/27/13 | K | | |
| 218.  - UBS AG Trigger PS EM EQTY BSKT | None | K | T | | Buy | 08/28/13 | K | | |
| 219.  - Morgan Stanley Trigger PS SPX | None | K | T | | Buy | 08/27/13 | K | | |
| 220.  - HSBC USA Inc Trigger PS SX5E | None | K | T | | Buy | 08/28/13 | K | | |
| 221.  IRA #4 (UBS): (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Cash (UBS) | | None | J | T | | | | | |
| 223. - Royal Bank of Canada Trigger ROS XLF | | None | K | T | Buy | 08/27/13 | K | | |
| 224. - Deutsche Bank AG Trigger ROS XLK | | None | K | T | Buy | 08/27/13 | K | | |
| 225. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | Buy | 08/27/13 | K | | |
| 226. - UBS AG Trigger PS EM EQTY BSKT | | None | K | T | Buy | 08/28/13 | K | | |
| 227. - Morgan Stanley Trigger PS SPX | | None | K | T | Buy | 08/27/13 | K | | |
| 228. - HSBC USA Inc Trigger PS SX5E | | None | K | T | Buy | 08/28/13 | K | | |
| 229. 401k ACCOUNT (ING): (H) | | | | | | | | | |
| 230. - PIMCO Total Return Fund Inst | | None | J | T | Buy | 10/18/13 | J | | |
| 231. - PIMCO High Yield Fund Inst | | None | J | T | Buy | 10/18/13 | J | | |
| 232. - Vanguard Mid-Cap Index Fund Sign | | None | J | T | Buy | 10/18/13 | J | | |
| 233. - Vanguard Small-Cap Index Fund Sign | | None | J | T | Buy | 10/18/13 | J | | |
| 234. - Vanguard Total Bnd Mrkt Ind F Sign | | None | J | T | Buy | 10/18/13 | J | | |
| 235. - Vanguard Totl Stck Mkt Index Fd Sign | | None | J | T | Buy | 10/18/13 | J | | |
| 236. - JPMorgan Lrg Cp Growth Fnud R6 | | None | J | T | Buy | 10/18/13 | J | | |
| 237. - Oppenheimer Global Fund I | | None | J | T | Buy | 10/18/13 | J | | |
| 238. - JPMorgan Equity Income Fund R6 | | None | J | T | Buy | 10/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.   - ING Fixed Account | | None | J | T | Buy | 10/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I ; lines 2 and 3: I resigned from these Boards effective 1/2/2013

Line 193 - 401K funds rolled over into IRA #3

Line 203 - 401K funds rolled over into IRA #4

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Catherine J. Furay

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544